Matthew P. Brady, appellant, v. Revere Motors Sales Company, appellee. Gen. No. 27,957.

Motion under section 89 of the Practice Act to vacate a judgment in assumpsit for attorney's fees. Motion sustained. Appeal from the Circuit Court of Cook county; the Hon. Franklin J. Stransky, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1922. Reversed and remanded with directions. Opinion filed July 9, 1923. *Certiorari* denied by Supreme Court (making opinion final).

Harry S. Mccartney, for appellant. Willis Melville and Russell B. Burt, for appellee; W. S. Johnson, of counsel.

Mr. Justice Johnston delivered the opinion of the court.

---

# THIRD DISTRICT.

---

Adelia M. Stickel, appellee, v. Simon A. Niebuhr, executor, appellant.

Claim against executor of a will. Judgment for plaintiff. Appeal from the Circuit Court of Logan county; the Hon. Frank Lindley, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed January 17, 1923. Rehearing denied April 3, 1923.

Harold F. Trapp and Arthur Keithley, for appellant. Covey & Woods, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

Anna Zorger, appellee, v. Charles M. Wood, appellant.

Action for accounting against executor of a will. Decree for complainant. Appeal from the Circuit Court of McLean county; the Hon. Edward Barry, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed January 17, 1923. *Certiorari* denied by Supreme Court (making opinion final).

Homer English, Martin A. Brennan and Livingston & Whitmore, for appellant; Sigmund Livingston, of counsel. Stone & Dick, Donnelly & Donnelly and Thomas Kennedy, guardian *ad litem*, for appellee.

Mr. Justice Heard delivered the opinion of the court.